IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY KUAN GONG, ) | 1:11cv02044 AWI DLB |
| ) | |
| ) | ORDER GRANTING PLAINTIFF'S |
| ) | MOTION TO UTILIZE ELECTRONIC |
| Plaintiff, ) | COURT FILING |
| ) | |
| vs. ) | (Document 9) |
| ) | |
| LEON PENATTA, et al., ) | |
| ) | |
| Defendants. ) | |

Plaintiff has requested leave to be permitted to e-file documents in this Court's CM/ECF case management system.

The Request for Leave is GRANTED. The Clerk of the Court is directed to mail Plaintiff the "Petition by Pro Se Litigant for ECF Registration and Consent to Electronic Service."

Plaintiff shall be responsible for filing all documents in paper form, until such time as Plaintiff

signs and returns the Clerk's "Petition by Pro Se Litigant" form and is issued a login and password.[1]

---

[1] The request to file electronically was submitted to the Court by email. The Court has filed the request but will NOT file the document entitled "20120103_Response_Joint_Scheduling_Conference_Pt1.docx." Plaintiff may re-file the document in paper form prior to issuance of a login and password, or may file it electronically after such information is

1

1 | Plaintiff must also provide the Clerk with, and maintain, a working email address.
2 | IT IS SO ORDERED.
3 | **Dated:   January 5, 2012**          /s/ **Dennis L. Beck**
                                       UNITED STATES MAGISTRATE JUDGE

---

27 | issued.

28 | 2